# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:20-CR-00292-FDW-DSC

| | |
|---|---|
| USA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD SHAWN TOWERY, )<br>)<br>Defendant. )<br>) | **NOTICE** |

**THIS MATTER IS BEFORE THE COURT** on further consideration of the "Motion To Withdraw As Counsel" (Document No. 14) filed by attorney David R. Lange, counsel for Defendant in this matter. The motion initially came on for a hearing before the undersigned on February 16, 2021, at which time the Court heard from Defendant and both counsel for Defendant and the government. The undersigned finds that a further hearing will be required to fully resolve this matter; the Clerk has noticed that hearing for Wednesday, March 3, at 11:30 am.

In anticipation of the renewed hearing, the Court will direct that Mr. Lange come prepared to state with greater precision (in an ex parte proceeding, if needed) why he believes his withdrawal is appropriate under the Rules of Professional Conduct. Moreover, Defendant should be prepared to state with greater clarity whether he wishes Mr. Lange to represent him or not. If Defendant does not wish Mr. Lange to continue, or in the event Mr. Lange is permitted to withdraw, Defendant should be prepared to indicate whether he intends to retain new counsel, he wishes to be considered for appointed counsel, or he desires to represent himself. In this latter scenario, the Court will conduct the required Faretta hearing to confirm whether Defendant may appropriately exercise his right to self-representation.

**SO ORDERED.**

Signed: February 25, 2021

David C. Keesler
United States Magistrate Judge